IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| GRANVILLE ANTHONY GILES, *et al*. § | |
| § | CASE NO. 6:16-CV-353 |
| v. § | |
| § | |
| GREENWAY TRANSPORTATION, § | |
| INC., *et al*. | |

### ORDER

On November 29, 2017, the Court entered an Order (ECF 96) granting in part Plaintiffs' Motion for Sanctions (ECF 68).  Pursuant to its inherent authority, the Court ordered that Defendants shall pay Plaintiffs' reasonable expenses, including attorney's fees and costs, related to the filing of the motion.  The Court directed Plaintiffs to submit an accounting showing the amount of those expenses.  Plaintiffs filed a Notice of Affidavit in Support of Costs and Fees (ECF 112), establishing a total amount of fees in the amount of $6,500.00.[1]  It is therefore

**ORDERED** that in accordance with the Court's previous Order (ECF 96) that Defendants shall pay Plaintiffs' reasonable expenses, including attorney's fees, related to the motion for sanctions, Defendants shall pay Plaintiffs the amount of $6,500.00 within 30 days.

So ORDERED and SIGNED this 12th day of December, 2017.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE

---

[1] The Notice states that Plaintiff is seeking the amount of $7150.00, however the affidavit attached to the Notice recites and establishes the amount of $6,500.

1