IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| GRANVILLE ANTHONY GILES<br>　　Plaintiff, | §<br>§<br>§ | |
| vs. | §<br>§ | CIVIL ACTION NO. 6:16-CV-00353 |
| GREENWAY TRANSPORTATION, INC.,<br>RASULK MUSTAPAYEV, and<br>TEZEL SENOL<br>　　Defendants. | §<br>§<br>§<br>§ | |

## JOINT MOTION TO ENTER AGREED ORDER OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Granville Anthony Giles, and Defendants, Greenway Transportation, Inc., Rasulk Mustapayev and Tezel Senol, move the Court to enter an Agreed Order of Dismissal with Prejudice on the grounds that the parties have entered into a compromise and settlement of all matters in controversy between them.

## PRAYER

All parties pray that, upon consideration of this Motion, the Court sign and enter an Agreed Order of Dismissal with Prejudice.

Respectfully submitted:

**APPROVED AS TO FORM AND CONTENT:**

By: _____
Collen Clark
State Bar No. 04309100
CLARK & McCREA
3500 Maple Ave., Ste. 1250
Dallas, TX 75219
214-780-0500
Fax: 214-780-0501
cclark@clarkmccrea.com
**ATTORNEY FOR PLAINTIFF**

K:\1473.25\Settlement\Joint Motion to Enter Agreed Order of Dismissal With Prejudice- Giles.docx

**APPROVED AS TO FORM AND CONTENT:**

By: _____
    Paul A. Bezney
    State Bar No. 00787077
    Kevin Kindred
    State Bar No. 11432680
    **ADKERSON, HAUDER & BEZNEY, P.C.**
    1700 Pacific Avenue, Suite 4450
    Dallas, Texas 75201-7323
    Telephone: 214/740-2500
    Facsimile: 214/740-2501
    bezney@ahblaw.net
    **ATTORNEYS FOR DEFENDANTS**